UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:05CV187-EHJ

KENNETH KAUFMAN                                                                              PLAINTIFF

v.

JO ANNE BARNHART,
Commissioner of Social Security                                                          DEFENDANT

### MEMORANDUM OPINION

Plaintiff Kenneth Kaufman seeks disability insurance and supplemental security income benefits which were denied by the Commissioner. The matter was referred to United States Magistrate Judge W. David King, who recommends that the Decision of the Commissioner be upheld. This Court has conducted a de novo review of the specific, written objections of the plaintiff and finds that the Report and Recommendation of the Magistrate Judge should be adopted and the Decision of the Commissioner should be affirmed.

Mr. Kaufman claims that he became disabled as a result of a hernia repair surgery with complications, pain and depression (Tr. 79). Administrative Law Judge Gary Flenner ("ALJ") found that Mr. Kaufman suffers from severe impairments including degenerative disc disease of the lumbar spine, status post hernia repair, osteoarthritis and possible ACL damage in the right knee, but that the impairments do not meet or medically equal listed impairments (Tr. 26). Though he cannot return to his previous work, Mr. Kaufman was found to retain the residual functional capacity to perform a wide range of light work (Tr. 26).

The plaintiff has filed objections to the Magistrate's Report, arguing that the ALJ erred in rejecting the assessments of plaintiff's treating physicians and by misrepresenting the plaintiff's physical activities on his father's farm.

First, plaintiff disagrees with the ALJ's rejection of the disabling opinions of Dr. Butler and Dr. Culclasure. The Court has reviewed the record in its entirety and finds that the ALJ's rejection of the treating physicians' opinions is supported by substantial evidence. The magistrate thoroughly addressed this issue in his Report and Recommendation, and the Court's review of same reveals no error. Accordingly, this argument is rejected.

In addition, the ALJ properly addressed the plaintiff's testimony of disabling pain, considering multiple factors including the medical records and diagnostic tests, plaintiff's own testimony, and medication and treatment modalities, in addition to the plaintiff's physical activities. His analysis was in accord with the mandates of 20 C.F.R. §§ 404.1529 and 416.929, and the Court finds no reversible error.

After reviewing the record in its entirety and conducting a de novo review of the matters raised by each of these objections, the Court has determined that the analyses and conclusions of the Magistrate Judge mirror those of the undersigned. The Court adopts the Magistrate Judge's proposed Report and Recommendation in its entirety.

A Judgment in conformity has this day entered.